**THOMAS P. RILEY, SBN 194706**
LAW OFFICES OF THOMAS P. RILEY, P.C.
**First Library Square
1114 Fremont Avenue
South Pasadena, CA 90071**

**Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net**

**Attorneys for Plaintiff**
JOE HAND PROMOTIONS, INC.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., <br><br>Plaintiff, <br><br>vs. <br><br>MOHAMMAD WASIM AHMADI, <br><br>Defendant. | Case No. 2:15-cv-01106-JAM-DAD <br><br> ORDER GRANTING PLAINTIFF'S *EX-PARTE* APPLICATION FOR AN ORDER EXTENDING TIME TO COMPLETE SERVICE |

## ORDER

The Court, upon review of Plaintiff's request and representations presented in the above-entitled matter hereby orders the following:

///

///

**ORDER (Proposed) GRANTING PLAINTIFF'S *EX-PARTE* APPLICATION
FOR AN ORDER EXTENDING TIME TO COMPLETE SERVICE
2:15-cv-01106-JAM-DAD
PAGE 1**

Plaintiff is granted an additional sixty (60) days from today's date to effectuate service of the Summons and Complaint filed in this matter, or to file a motion for service by publication, or in the alternative, a Notice of Voluntary Dismissal as to Defendant Mohammad Wasim Ahmadi, where service has not been made or service by publication requested.

**IT IS SO ORDERED**:

Dated: 9/18/2015

/s/ John A. Mendez
**Honorable John A. Mendez
United States District Court Judge
Eastern District of California**

///
/
///
///
///
///
///
///
///
///

**ORDER (Proposed) GRANTING PLAINTIFF'S *EX-PARTE* APPLICATION FOR AN ORDER EXTENDING TIME TO COMPLETE SERVICE
2:15-cv-01106-JAM-DAD
PAGE 2**