FILED

NOV 20 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MOHAMMAD WASIM AHMADI, <br><br> Defendant. | No.  2:15-cv-01106-JAM-DAD <br><br> **ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION FOR AN ORDER EXTENDING TIME TO COMPLETE SERVICE** |

The Court, upon review of Plaintiff's request (Doc. #7) and representations presented in the above-entitled matter hereby orders the following:

Plaintiff is granted an additional thirty (30) days from today's date to effectuate service of the Summons and Complaint filed in this matter, or to file a motion for service by publication, or in the alternative, a Notice of Voluntary Dismissal as to Defendant Mohammad Wasim Ahmadi, where service has not been made or service by publication requested.

IT IS SO ORDERED.

Dated: 11-20-15

_____
Honorable John A. Mendez
United States District Court Judge
Eastern District of California

1