UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MOHAMMAD WASIM AHMADI, <br><br> Defendant. | No. 2:15-cv-1106 JAM DB <br><br><br><br> <u>ORDER</u> |

The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(19).

On November 21, 2016, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days after service of the findings and recommendations. The fourteen-day period has expired, and defendant has not filed any objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The findings and recommendations filed November 21, 2016 (ECF No. 19) are adopted in full;

2. Plaintiff's March 4, 2016 motion for default judgment (ECF No. 14) is granted;

3. Judgment is entered against defendant in the sum of $6,000; and

4. This case is closed.

DATED: March 22, 2017

/s/ John A. Mendez

UNITED STATES DISTRICT COURT JUDGE

1